FILED
FEB 03 2015
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN GLENN BARTLEY,<br><br>Defendant. | Criminal No. 1:15-CR-18<br><br>Violations: 18 U.S.C. §2261A(2)(B)<br>18 U.S.C. §2261(b)(5)<br>18 U.S.C. §2262(a)(1) |

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
(Stalking)

On or about May 10, 2010, in Morgantown, Monongalia County, West Virginia, in the Northern District of West Virginia, defendant **JOHN GLENN BARTLEY**, with the intent to harass another person, used a facility of interstate commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to an intimate partner of the defendant, that is the defendant used the United Parcel Service to deliver a package containing lewd and indecent photographs of Alicia W to her brother; in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

# COUNT TWO
(Stalking)

On or about May 17, 2010, in Morgantown, Monongalia County, West Virginia, in the Northern District of West Virginia, defendant **JOHN GLENN BARTLEY**, with the intent to harass another person, used the mail to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to an intimate partner of the defendant, that is the defendant mailed lewd and indecent photographs of Alicia W to her brother; in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

## COUNT THREE
(Interstate Violation of Protective Order)

On or about June 23, 2010, in Bruceton Mills, Preston County, West Virginia, in the Northern District of West Virginia, defendant **JOHN GLENN BARTLEY**, traveled in interstate commerce, that is from the State of Maryland to the State of West Virginia, with the intent to engage in conduct that would violate the portion of a protection order entered against the defendant on May 20, 2010 in Magistrate Court Case No. 10D-228 and Family Court Civil Action No. 10DDV214, in Monongalia County, West Virginia, that provided protection to Alicia W from harassment, and did subsequently engage in such conduct, that is, the defendant placed in a truck stop men's room, a lewd and indecent photograph of Alicia W, together with a note containing her home and cell phone numbers, and stating "I live only 5 minutes from here"; in violation of Title 18, United States Code, Section 2262(a)(1).

## COUNT FOUR
### (Stalking)

1. A protection order was entered against the defendant on May 20, 2010, in Magistrate Court Case No. 10D-228 and Family Court Civil Action No. 10DDV214, in Monongalia County, West Virginia, that provided protection to Alicia W against harassment.

2. On or about June 23, 2010, in Bruceton Mills, Preston County, West Virginia, in the Northern District of West Virginia, in violation of the protective order alleged in paragraph 1, defendant **JOHN GLENN BARTLEY**, traveled in interstate commerce, that is from the State of Maryland to the State of West Virginia, with the intent to harass another person, and in the course of such travel engaged in conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to an intimate partner of the defendant, that is the defendant placed in a truck stop men's room, a lewd and indecent photograph of Alicia W, together with a note containing her home and cell phone numbers, and stating "I live only 5 minutes from here"; in violation of Title 18, United States Code, Sections 2261A(1)(B) and 2261(b)(5) and (6).

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM J. IHLENFELD, II
United States Attorney

MICHAEL D. STEIN
Assistant United States Attorney