IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                    CASE NO.   1:15cr18

JOHN BARTLEY,

    Defendant.

**Mr. Bartley's Proposed Limiting Instruction about the excerpts (transcripts and video) from Family Court in Mon. County**

The government has introduced portions of the record from a court hearing in Monongalia County, WV, in the form of written transcripts and video. This evidence is admitted for a limited purpose only. The evidence is only being admitted in an attempt to prove Mr. Bartley's knowledge of the existence of the protective order identified in Counts 3 and 4 of the indictment. This evidence, and the comments of the judicial officer overseeing the hearing, should not be considered for any other purpose in connection with Count 3 or Count 4. Nor should the evidence be considered at all as to Count 1 and Count 2 of the indictment.

Respectfully submitted,

**JOHN BARTLEY**

By Counsel

By: <u>s/ L. Richard Walker</u>
L. Richard Walker
WV State Bar No. 9580
Attorney for Defendant
Federal Public Defender Office
230 West Pike Street, Suite 360
Clarksburg, West Virginia 26301
Tel. (304) 622-3823
Fax. (304) 622-4631
E-Mail: Richard_Walker@fd.org

By: *S/ Nicholas J. Compton*
Nicholas J. Compton
Attorney for Defendant
WV State Bar # 11056
Federal Public Defender Office
MVB Bank Building
651 Foxcroft Avenue, Suite 202
Martinsburg, West Virginia 25401
Tel. (304) 260-9421
Fax. (304) 260-3716
E-Mail. Nicholas_Compton@fd.org

**CERTIFICATION OF SERVICE**

I hereby certify that on April 7, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Michael Stein
    Assistant U.S. Attorney
    U.S. Attorney's Office - Wheeling

By:    s/ L. Richard Walker
    L. Richard Walker
    WV State Bar No. 9580
    Attorney for Defendant
    Federal Public Defender Office
    230 West Pike Street, Suite 360
    Clarksburg, West Virginia 26301
    Tel. (304) 622-3823
    Fax. (304) 622-4631
    E-Mail: Richard_Walker@fd.org
.