IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                  Criminal No. 1:15CR18
                                                                                             (Judge Keeley)

JOHN GLENN BARTLEY,

    Defendants.

## UNITED STATES' PROPOSED LIMITING INSTRUCTION ABOUT THE EXCERPTS (TRANSCRIPTS AND VIDEO) FROM FAMILY COURT IN MONONGALIA COUNTY

The government has introduced portions of the record from a court hearing in Monongalia County, West Virginia, in the form of written transcripts and video. This evidence is admitted for a limited purpose only. The evidence is only being admitted to prove defendant's knowledge of the existence of the protective order identified in Counts 3 and 4 of the indictment and the defendant's understanding of its meaning. This evidence, and the comments of the judicial officer overseeing the hearing, should not be considered for any other purpose in

connection with Count 3 or Count 4.  Nor should the evidence be considered at all as to Count 1 and Count 2 of the indictment.

                          Respectfully submitted,

                          WILLIAM J. IHLENFELD, II
                          United States Attorney

By:    /s/ Sarah W. Montoro_____
        Michael D. Stein
        Sarah W. Montoro
        Assistant United States Attorneys
        United States Attorney's Office
        1125 Chapline Street, Suite 3000
        Wheeling, WV 26003
        (304) 234-0100
        (304) 234-0111 (facsimile)