```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.                                   CRIMINAL NO. 1:15CR18
                                                 (Judge Keeley)

**JOHN GLENN BARTLEY,**

       **Defendant.**


## JUDGMENT ORDER AND ORDER SCHEDULING SENTENCING

This case came on for trial before the Court and a jury on April 6, 7, and 8, 2016, the defendant, John Glenn Bartley ("Bartley"), appearing in person and by his attorneys, L. Richard Walker and Nicholas J. Compton, Assistant Federal Public Defenders, and the United States of America, appearing through Michael D. Stein and Sarah Wagner Montoro, Assistant United States Attorneys.

The defendant having previously entered a plea of NOT GUILTY to the four count indictment, the jury rendered its verdict on the 8th day of April 2016, as follows:

## VERDICT FORM

### VERDICT AS TO COUNT ONE

WE, THE JURY, on the issues joined, find that the defendant **JOHN GLEN BARTLEY** is (write in one):

                       /s/ Foreperson
             Guilty Beyond a Reasonable Doubt

                             or

**USA v. BARTLEY** 1:15CR18

**JUDGMENT ORDER AND ORDER SETTING SENTENCING**

_____
Not guilty

of the charge of Stalking through the Use of a Facility of Interstate Commerce as charged in **COUNT ONE** of the Indictment.

**VERDICT AS TO COUNT TWO**

We, THE JURY, on the issue joined, find that the defendant, **JOHN GLENN BARTLEY** is

/s/ Foreperson
Guilty Beyond a Reasonable Doubt

or

_____
Not guilty

of the charge of Stalking through the Use of the Mail as charged in **COUNT TWO** of the Indictment.

**VERDICT AS TO COUNT THREE**

We, THE JURY, on the issue joined, find that the defendant, **JOHN GLENN BARTLEY** is

/s/ Foreperson
Guilty Beyond a Reasonable Doubt

or

_____
Not guilty

of the charge of Interstate Violation of Protective Order as charged in **COUNT THREE** of the Indictment.

**VERDICT AS TO COUNT FOUR**

We, THE JURY, on the issue joined, find that the defendant,

**USA v. BARTLEY**                                                          **1:15CR18**

**JUDGMENT ORDER AND ORDER SETTING SENTENCING**

**JOHN GLENN BARTLEY** is

<u>/s/ Foreperson</u>
Guilty Beyond a Reasonable Doubt

or

_____
Not guilty

of the charge of Stalking by Interstate Travel as charged in **COUNT FOUR** of the Indictment.

DATED: 4/08/16

_____
Foreperson

Thereupon, the Court, after ascertaining that the verdict represented the unanimous opinion of the members of the jury and finding the verdict to be in due form, accepted the verdict and **ORDERED** the Clerk to file the verdict and enter judgment.

Accordingly, the defendant is adjudged guilty as charges in Count One, Count Two, Count Three, and Court Four of the indictment and stands convicted of stalking through the use of a facility of interstate commerce, stalking through the use of the mail, interstate violation of protective order, and stalking by interstate travel.

The defendant shall have fourteen (14) days from the date of this Verdict to file post-trial motions.

Since the Court is not now advised as to the proper

**USA v. BARTLEY** 1:15CR18

**JUDGMENT ORDER AND ORDER SETTING SENTENCING**

disposition of this case, it **ORDERS**:

1. The Probation Office to undertake a presentence investigation of **JOHN GLENN BARTLEY** and prepare a presentence report for the Court;

2. The Government and Bartley are to provide their versions of the offense to the probation officer by **April 25, 2016**;

3. The presentence report is to be disclosed to Bartley, defense counsel, and the United States on or before **June 24, 2016**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **July 8, 2016;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **July 22, 2016**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **August 5, 2016.**

The Court remanded Bartley to the custody of the United States Marshal Service.

The Court schedules the sentencing hearing on **Tuesday, August 16, 2016**, at **1:00 P.M.** at the **Clarksburg, West Virginia**, point of holding court.

4

**USA v. BARTLEY** **1:15CR18**

**JUDGMENT ORDER AND ORDER SETTING SENTENCING**

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Judgment Order to counsel of record and all appropriate agencies.

DATED: April 11, 2016

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT COURT
