**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**
 **CLERK**

**TELEPHONE**
**(804) 916-2700**

August 12, 2016

Cheryl Dean Riley, Clerk
U.S. District Court
Northern District of West Virginia
P. O. Box 2857
Clarksburg, WV 26302-2857

   Re: <u>USA v. Bartley</u>
     1:15-cr-00018-IMK-MJA

Dear Ms. Riley:

Review of the district court docket discloses that the district court has not yet entered judgment in this case. Under Fed. R. App. P. 4(b)(2), a notice of appeal filed after a decision, sentence, or order is announced but before judgment is entered, is treated as filed on the date of and after entry of judgment.

This court will treat the notice of appeal as filed as of the date the district court enters its judgment, and will docket the appeal following entry of judgment. Please notify this court upon entry of the judgment.

          Yours truly,

          */s/ Margaret Thomas*

cc: L. Richard Walker, AFPD
   Nicholas J. Compton, AFPD
   Michael D. Stein, AUSA
   Sarah Wagner Montoro, AUSA